NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL JOSEPH MANNION,
DOC #H24226,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D16-3092

Opinion filed February 28, 2018.

Appeal from the Circuit Court for Polk County; John K. Stargel, Judge.

Howard L. Dimmig, II, Public Defender, and Timothy J. Ferreri, Assistant Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Susan D. Dunlevy, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and CASANUEVA and BLACK, JJ., Concur.